**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RANDALL LAMONT ROLLE,**

    **Plaintiff,**

vs.                                         **Case No. 4:08cv453-RH/WCS**

**NICOLE RAYSOR, et al.,**

    **Defendants.**

    _____/

**REPORT AND RECOMMENDATION**

Plaintiff, proceeding *pro se*, submitted a civil rights complaint, doc. 1, under 42 U.S.C. § 1983 on October 15, 2008.  Plaintiff is incarcerated in the Florida Department of Corrections and the Defendants named herein are, by and large, the same Defendants and claims Plaintiff raised in Case 4:07cv285-RH/WCS.  Doc. 1.  Plaintiff did not pay the filing fee for this case, but sent a notice to the Clerk's Office stating that his mother would mail the filing fee for this case after receipt of the case number.

An order to show cause was entered on October 24, 2008. Doc. 7.  The order directed Plaintiff to submit the $350.00 filing fee by November 17, 2008.  *Id.*  In response, Plaintiff has stated that a check will not be mailed and Plaintiff contends he is

"entitled to proceed IFP." Doc. 9, p. 2. Plaintiff submitted an *in forma pauperis* motion on November 3, 2008. Doc. 8.

Plaintiff was reminded in the show cause order, doc. 7, that he is barred under § 1915(g) from being granted *in forma pauperis* status. The Prison Litigation Reform Act of 1995 (PLRA), provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Plaintiff has had three or more prior prisoner actions dismissed in this District on the grounds that they were frivolous, malicious, or failed to state a claim. The dismissed cases include cases numbered 4:06cv373-MP/WCS, 4:06cv406-MP/WCS, and 4:06cv373-MP/WCS. Case 4:06cv373 was dismissed on December 22, 2006, for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). Case 4:06cv406 was also dismissed on December 22, 2006, for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). Case 4:06cv373 was, likewise, dismissed on December 22, 2006, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's cases are generally barred by Heck v. Humphrey, 512 U.S. 477 (1994).

The instant complaint does not allege that Plaintiff is in imminent danger of serious physical injury from the Defendants. Thus, Plaintiff is not entitled to proceed *in forma pauperis*. Because Plaintiff states on this record that the fee will not be paid, doc.

9, p. 2, this case will be dismissed *sua sponte*. Plaintiff may not submit a complaint in this Court without full payment of the filing fee at the time of case initiation.

Plaintiff was also ordered to show cause why this action should not be dismissed for seeking monetary damages from Defendants who are immune from such relief. Doc. 7, p. 2. Plaintiff was also ordered to "demonstrate why he should not be sanctioned under Rule 11 for attempting to bring the same case previously dismissed in this Court." *Id.*, at 2-3. Plaintiff refuses to acknowledge the meritless nature of his claims and repetitive cases. That refusal does not change the fact that this case is barred by Heck v. Humphry, just as it was the first time he filed these claims. Case 4:07cv285. Should Plaintiff continue to file concerning these claims which have already been dismissed and upheld on appeal, it will be recommended that the Court consider Rule 11 sanctions against Plaintiff.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's *in forma pauperis* motion, doc. 8, be **DENIED**, and this case be **DISMISSED** pursuant to 28 U.S.C. § 1915(g), because Plaintiff refuses to pay the filing fee and Plaintiff is not entitled to proceed *in forma pauperis* in this Court.

**IN CHAMBERS** at Tallahassee, Florida, on November 12, 2008.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**